**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Adolfo Gonzalez Cazarez, | No. CV-26-03160-PHX-JJT (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, *et al.*, | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he is improperly subjected to mandatory detention without a bond hearing. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.) Respondents' response stated:

> Respondents do not oppose Petitioner's request for a bond hearing at this time.

(Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition and granting a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 12th day of May, 2026.

_____
Honorable John J. Tuchi
United States District Judge

- 2 -